IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LISA PETERSON,

   Plaintiff,

v.

PARK SPRINGS LLC,

   Defendant.

CIVIL ACTION FILE

NO. 1:21-cv-02028-LMM-AJB

## O R D E R

Presently before the Court is a motion to stay all pending deadlines. [Doc. 3]. Counsel explains that she must take family medical leave for twelve weeks effective immediately and requests a stay of all deadlines, including service of process, to allow Plaintiff sufficient time to obtain substitute counsel. [*Id*. at 1-2].

For good cause shown, the motion is **GRANTED**. The matter is **STAYED** for **FORTY-FIVE (45) DAYS** to allow Plaintiff time to obtain representation of substitute counsel, and the deadline for effecting service of process is **EXTENDED** through September 24, 2021. Plaintiff is **ADVISED** to proceed diligently, as it is unlikely that the Court will further extend the service deadline.

Plaintiff's counsel is **ORDERED** to serve a copy of this Order directly upon Plaintiff. The Court will continue to consider Plaintiff's counsel to be counsel of record absent a notice of substitution of counsel or a motion to withdraw filed in compliance with Rule 83.1(E) of the Local Rules of this Court.

**IT IS SO ORDERED**, this 11th day of July, 2021.

_____
ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE